Clear Form

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)

**21-1372 C**

Names: Marquita Roddy, on Behalf of Herself and on Behalf of All Others Similarly Situated

Location of Plaintiff(s)/Petitioner(s) (city/state): Dayton, Ohio

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Don Foty

Firm Name: Hodges & Foty, LLP

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:

Street Address: 4409 Montrose Blvd, Suite 200

City-State-ZIP: Houston, Texas  77006

Telephone & Facsimile Numbers: 713-523-0001

E-mail Address: dfoty@hftrialfirm.com

Is the attorney of record admitted to the Court of Federal Claims Bar?   ●Yes   ○No

Nature of Suit Code: 304
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: 0

Number of Claims Involved: 1

Amount Claimed: $ Unknown
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____

Is plaintiff a small business?   ○Yes   ○No

Was this action preceded by the filing of a protest before the GAO?   ○Yes   ○No   GAO Solicitation No. _____

If yes, was a decision on the merits rendered?   ○Yes   ○No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.   ○Yes   ●No

178