## **OPT-IN PLAINITFF**

1. James McAllister
2. Tana Moore
3. Crystal Pierce
4. Zin Oo